UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAQUEL YSASI-HUERTA,

       Plaintiff,                                                         No. 16-11498

v.                                                             District Judge Robert H. Cleland
                                                                  Magistrate Judge R. Steven Whalen

SECRETARY OF THE DEPARTMENT
OF TRANSPORTATION,

       Defendant.
_____/

**ORDER CONDITIONALLY APPOINTING COUNSEL AND STAYING CASE**

       Plaintiff Raquel Ysasi-Huerta initially filed this case in the Northern District of Ohio. She was represented by Ohio counsel at that time. On April 26, 2016, the Northern District of Ohio transferred the case to this Court. Ms. Ysasi-Huerta is no longer represented by counsel. I held a status conference on September 13, 2016, at which time Ms. Ysasi-Huerta requested the assistance of a *pro bono* attorney. Believing that request to be well-taken, I adjourned the scheduling conference, and have sought to obtain counsel willing to take Ms. Ysasi-Huerta's case. I have also enlisted the assistance of the Chief Judge.

       While Ms. Ysasi-Huerta does not have a right to appointed counsel in a civil case, I continue to believe that it would not only be to her benefit, but to the benefit of the Defendant and the Court if she were represented. On the other hand, this case does need to move forward. Balancing these competing considerations, I will stay the case for 30 days from the date of this Order in order to make further attempts to obtain *pro bono* counsel. A scheduling conference will be set after the stay expires.

IT IS THEREFORE ORDERED that the Court conditionally appoints *pro bono* counsel for Plaintiff, conditioned on obtaining counsel within 30 days of the date of this order.

IT IS FURTHER ORDERED that all proceedings in this case are STAYED until MAY 11, 2017.

IT IS SO ORDERED.

s/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated: April 10, 2017

## CERTIFICATE OF SERVICE

I hereby certify on April 10, 2017, that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to non-registered ECF participants.

s/Carolyn Ciesla
Case Manager to
Magistrate Judge R. Steven Whalen